# Exhibit 2

US8013734 Vs OnSolve MIR3

| Claim | OnSolve MIR3 ("The Accused Product") |
|---|---|
| 1. A method of alarm notification, the method comprising: | The accused product practices a method of alarm notification (e.g., mass notification messages).<br><br><br><br>https://www.onsolve.com/solutions/products/mir3/ |



## Powerful, flexible and reliable notification

**Communicate efficiently**
Quickly define key audiences, develop clear messages or reuse templates and distribute information securely.

**Tailor messages to devices**
Device-specific capabilities make it easy to tailor messages and responses to recipient devices with character limitations.

**Poll and track responses with full audit trail**
Gather data using simple surveys with yes/no options and personalize text responses.

https://www.onsolve.com/solutions/products/mir3/



## Critical Event Alerting

**Automate weather alerts (event alerts)**
Subscribe to regional weather alerts, optionally triggering a notification when one occurs.

**View all active alerts**
Monitor all alerts and recipients via an interactive user-friendly map.

Learn More

https://www.onsolve.com/solutions/products/mir3/



https://play.google.com/store/apps/details?id=com.onsolve.mir3&hl=en_us

| | |
|---|---|
| | **OnSolve MIR3 Can Assist Your Organization with:**<br><br>• Business Continuity & Disaster Recovery<br><br>• IT Alerting and Response<br><br>• Public Safety Threats<br><br>• Enterprise-wide Communications<br><br>• On-demand Conference Calls<br><br>• Employee safety and situational awareness<br><br>https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-MobileApp.pdf |
| activating an alert mode of a mobile device based on an emergency situation in an area; | The accused product practices activating an alert mode (e.g., alert initiation) of a mobile device (e.g., a mobile device with OnSolve MIR3 mobile application) based on an emergency situation (e.g., weather, criminal activity, fires, and other public safety threats) in an area (e.g., location selected for the mass notification). |



https://play.google.com/store/apps/details?id=com.onsolve.mir3&hl=en_us

**OnSolve MIR3 Can Assist Your Organization with:**

- Business Continuity & Disaster Recovery
- IT Alerting and Response
- Public Safety Threats
- Enterprise-wide Communications
- On-demand Conference Calls
- Employee safety and situational awareness

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-MobileApp.pdf

## Initiator Features

- Create new alerts or edit and resend existing ones directly from your mobile device.

- Analyze real-time message delivery reports.

- Locate recipients with GPS to direct to safety or to take action.

- Send alerts in multiple languages.

- Add response options to allow recipients to engage in two-way communication.

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-MobileApp.pdf

**The MIR3 notification platform lets you:**

 **Deliver desktop alerts**
Send a message to either a person or group based on workstation location.

 **Automate weather alerts (event alerts)**
Subscribe to regional weather alerts, optionally triggering a notification when one occurs.

[Aa] **Use notification placeholders**
Simple dropdown or text fields requested at initiation alter the notification message based on selections.

 **Geographical Information Service (GIS)**
Targets alerts by location in the case of regional threats or evacuations.

 **Control access and security**
Define hierarchical, role-based permissions by divisions and subdivisions to grant or restrict user access to recipient groups, notification templates and other features.

 **Manage your data**
DataSync imports data from LDAP or other applications without manually entering and synchronizing. Account Portal is a customizable Web portal that let users keep personal contact data current.

 **Easily integrate with other platforms**
Add notification to existing applications with the optional code-free RBA Integrator or integrate with custom applications using the SDK.

 **Cascade notifications**
Use call cascade to send an alert to one person or a group, and based on response, automate wider alerts for greater control in managing situations.

 **Choose your delivery model:**
• Hosted (SaaS) –Instant access with no installation of hardware or software and no configuration on your part
• On-premise - Install behind your firewall and use your company's own telephony infrastructure
• Hybrid – Install behind your firewall while using the OnSolve global telephony infrastructure

 **Tailor messages to devices**
Device-specific capabilities make it easy to tailor messages and responses to recipient devices with character limitations.

 **Deliver multi-lingual text-to-speech notifications**
Languages include English, Spanish, Dutch, French, German, Japanese, Arabic and Mandarin Chinese with custom pronunciation for acronyms and industry terms.

 **Initiate instant conference calls**
Allow recipients to join a conference by pressing a key on their phones to share information, make urgent decisions and coordinate response efforts.

 **Quickly launch mass notifications**
Send an alert via Web, email or phone; use templates or create new notifications and recipient groups in seconds.

 **Reach thousands of recipients simultaneously**
Notify recipients by mobile phone, SMS, landline, email, pager, fax, RSS, TTY or any IP-enabled communication device.

 **Receive actionable responses**
Recipients can respond by voice or by written message, with responses displayed in real-time as well as archived. Recipients also have the option of changing their response after submission.

 **Choose your notification option:**
• Broadcast – Notify all recipients immediately
• First-Response – Notify recipients sequentially until one recipient responds
• Call-Out – Notify all recipients at once and end the alert after a specified number respond
• Bulletin Board – Allow recipients to call a central location for current information

 **MIR3 Mobile app**
Give smartphone users an easy way to send, receive and respond to alerts, join conference calls with a touch and automatically identify location (requires GIS).

| | |
|---|---|
| transmitting, from the mobile device, an indication of the emergency situation to a communication network control system; | The accused product practices transmitting, from the mobile device (e.g., a mobile device with OnSolve MIR3 mobile application), an indication (e.g., alert initiation by the mobile device) of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats) to a communication network control system (e.g., OnSolve MIR3 alert manager). |



https://play.google.com/store/apps/details?id=com.onsolve.mir3&hl=en_us

**OnSolve MIR3 Can Assist Your Organization with:**

- Business Continuity & Disaster Recovery

- IT Alerting and Response

- Public Safety Threats

- Enterprise-wide Communications

- On-demand Conference Calls

- Employee safety and situational awareness

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-MobileApp.pdf

## Initiator Features

- Create new alerts or edit and resend existing ones directly from your mobile device.

- Analyze real-time message delivery reports.

- Locate recipients with GPS to direct to safety or to take action.

- Send alerts in multiple languages.

- Add response options to allow recipients to engage in two-way communication.

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-MobileApp.pdf

## ◬ ONSOLVE™

### Features

#### Security & Access Management

MIR3 makes it easy to control access and security by allowing you to define hierarchical, role-based permissions by divisions and subdivisions. This way you can allow or restrict user access to recipient groups, notification templates and other features. Recipients can choose a preferred mode of communication, but if needed, administrators can override those choices, and can allow users to respond with critical information in appropriate ways.



https://www.onsolve.com/landing/mir3-emergency-alert-system-enterprise/

Alert Approvals allows organizations to implement a message approval workflow by designating approvers to review and edit, then either approve or reject alerts before delivery. By defining role-based and scenario-based permissions, organizations can allocate specific employees to require approval and others to review alerts. Once an alert is built, it is placed in a pending state until approved. Alert Approvals can significantly reduce the likelihood a real or test notification is distributed in error, or by an individual not authorized to do so.

"Recent mass notification false alarm events and other emergency alert failures – both accidental and intentional – underscore how critical it is for organizations to have a built-in message approval workflow based on user roles and event scenarios," said Daniel Graff-Radford, Chief Product Officer, OnSolve. "With our new Alert Approvals feature, designated approvers can easily review, approve, reject or edit an alert before it is publicly released to ensure the right notification is sent out at the right time to the right people."

https://www.onsolve.com/press_release/onsolve-launches-new-mass-notification-feature-to-reduce-risk-of-inaccurate-unauthorized-alerts/

| confirming, by the communication network control system, the indication of the emergency situation to the mobile device; | The accused product practices confirming, by the communication network control system (e.g., OnSolve MIR3 alert management), the indication of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats) to the mobile device (e.g., mobile device with OnSolve MIR3 mobile application).<br><br>As shown below, individuals with OnSolve MIR3 mobile application can provide alerts and situational information. OnSolve MIR3 alert manager controls the communication of the alert information to the internal and external of the organization. Upon information and belief, the OnSolve MIR3 alert manager confirms the emergency situation before sending alert information to others.<br><br><br><br>https://www.onsolve.com/landing/mir3-emergency-alert-system-enterprise/ |

Alert Approvals allows organizations to implement a message approval workflow by designating approvers to review and edit, then either approve or reject alerts before delivery. By defining role-based and scenario-based permissions, organizations can allocate specific employees to require approval and others to review alerts. Once an alert is built, it is placed in a pending state until approved. Alert Approvals can significantly reduce the likelihood a real or test notification is distributed in error, or by an individual not authorized to do so.

"Recent mass notification false alarm events and other emergency alert failures – both accidental and intentional – underscore how critical it is for organizations to have a built-in message approval workflow based on user roles and event scenarios," said Daniel Graff-Radford, Chief Product Officer, OnSolve. "With our new Alert Approvals feature, designated approvers can easily review, approve, reject or edit an alert before it is publicly released to ensure the right notification is sent out at the right time to the right people."

https://www.onsolve.com/press_release/onsolve-launches-new-mass-notification-feature-to-reduce-risk-of-inaccurate-unauthorized-alerts/

## Initiator Features

- Create new alerts or edit and resend existing ones directly from your mobile device.

- Analyze real-time message delivery reports.

- Locate recipients with GPS to direct to safety or to take action.

- Send alerts in multiple languages.

- Add response options to allow recipients to engage in two-way communication.

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-MobileApp.pdf

| notifying, by the communication network control system, emergency personnel of the indication of the emergency situation; | The accused product practices notifying, by the communication network control system (e.g., OnSolve MIR3 alert management), emergency personnel (e.g., emergency responders) of the indication of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats). |
|---|---|



### Emergency Notification Capabilities

MIR3 provides reliable and effective emergency alerting capabilities to federal agencies, educational institutions and organizations of all sizes. The MIR3 platform was built from the ground up to reliably notify hundreds of thousands of people all over the world at once. It's been tested, benchmarked and validated more than any other mass notification product, with years spent developing, adapting and perfecting it with enterprise customers.

Learn More

https://www.onsolve.com/landing/mir3-emergency-alert-system-enterprise/

**SAN DIEGO (July 29, 2014)**—MIR3, Inc., the innovator of real-time Intelligent Notification (IN™) and response technology, today announced that Archer Daniels Midland Company (ADM), a global food-processing and commodities-trading corporation, is adopting Intelligent Notification Essentials™ edition as a tool to notify security personnel, executives and business unit leaders in case of emergency or weather-related event.

ADM has taken action to keep business on track by deploying Intelligent Notification Essentials edition as a reliable point-of-contact tool in case of a threat to business continuity from emergency or severe weather. The notification can be sent to any number of personnel on just about any communication device at once, or can be set to cascade until a qualified person responds that they have taken charge of the situation. The company is evaluating whether to extend use of the notification system to all staff as a tool for communication and operational efficiency.

https://www.onsolve.com/press_release/adm-chooses-intelligent-notification-from-mir3-as-point-of-contact-communication-tool/



https://play.google.com/store/apps/details?id=com.onsolve.mir3&hl=en_us



## Features

### Security & Access Management

MIR3 makes it easy to control access and security by allowing you to define hierarchical, role-based permissions by divisions and subdivisions. This way you can allow or restrict user access to recipient groups, notification templates and other features. Recipients can choose a preferred mode of communication, but if needed, administrators can override those choices, and can allow users to respond with critical information in appropriate ways.

https://www.onsolve.com/landing/mir3-emergency-alert-system-enterprise/

Alert Approvals allows organizations to implement a message approval workflow by designating approvers to review and edit, then either approve or reject alerts before delivery. By defining role-based and scenario-based permissions, organizations can allocate specific employees to require approval and others to review alerts. Once an alert is built, it is placed in a pending state until approved. Alert Approvals can significantly reduce the likelihood a real or test notification is distributed in error, or by an individual not authorized to do so.

"Recent mass notification false alarm events and other emergency alert failures – both accidental and intentional – underscore how critical it is for organizations to have a built-in message approval workflow based on user roles and event scenarios," said Daniel Graff-Radford, Chief Product Officer, OnSolve. "With our new Alert Approvals feature, designated approvers can easily review, approve, reject or edit an alert before it is publicly released to ensure the right notification is sent out at the right time to the right people."

https://www.onsolve.com/press_release/onsolve-launches-new-mass-notification-feature-to-reduce-risk-of-inaccurate-unauthorized-alerts/

| | |
|---|---|
| transmitting, by the communication network control system, an indication of the emergency situation to one or more additional mobile devices in the area, wherein the one or more additional mobile devices are mobile devices within a predetermined physical range of the emergency situation indicated by the first mobile device; and | The accused product practices transmitting, by the communication network control system (e.g., OnSolve MIR3 alert management), an indication (e.g., alert transmission by the mobile device) of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats) to one or more additional mobile devices (e.g., targeted mobile device within selected geolocation) in the area, wherein the one or more additional mobile devices (e.g., targeted mobile device within selected geolocation) are mobile devices within a predetermined physical range (e.g., geological range set by the operator) of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats) indicated by the first mobile device.<br><br>**Provide Critical Communications and Alerting to Ensure Business Continuity**<br>In urgent situations, providing your people with key information to quickly take action.<br><br><br>**Delivering Fast, Targeted Messaging**<br>Organizations today are faced with an unprecedented number of human-made events and natural disasters that pose a significant risk to business continuity, as well as employee and public safety. When these events occur, organizations use an OnSolve solution to help get information out quickly and accurately.<br>https://www.onsolve.com/capabilities/critical-communications-and-alerting/ |



📊 Map reports to track the distribution of responses as they roll in

⛅ Access to public or proprietary overlays that show weather patterns, topography, vegetation, underground pipeline systems and flood plains

Note that all features are not available in every configuration. Please contact a sales person to determine the best feature set for your organization.

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-GIS.pdf



https://www.onsolve.com/solutions/products/mir3/



# ⏺ ONSOLVE™

## Features

### Security & Access Management

MIR3 makes it easy to control access and security by allowing you to define hierarchical, role-based permissions by divisions and subdivisions. This way you can allow or restrict user access to recipient groups, notification templates and other features. Recipients can choose a preferred mode of communication, but if needed, administrators can override those choices, and can allow users to respond with critical information in appropriate ways.

https://www.onsolve.com/landing/mir3-emergency-alert-system-enterprise/

Alert Approvals allows organizations to implement a message approval workflow by designating approvers to review and edit, then either approve or reject alerts before delivery. By defining role-based and scenario-based permissions, organizations can allocate specific employees to require approval and others to review alerts. Once an alert is built, it is placed in a pending state until approved. Alert Approvals can significantly reduce the likelihood a real or test notification is distributed in error, or by an individual not authorized to do so.

"Recent mass notification false alarm events and other emergency alert failures – both accidental and intentional – underscore how critical it is for organizations to have a built-in message approval workflow based on user roles and event scenarios," said Daniel Graff-Radford, Chief Product Officer, OnSolve. "With our new Alert Approvals feature, designated approvers can easily review, approve, reject or edit an alert before it is publicly released to ensure the right notification is sent out at the right time to the right people."

https://www.onsolve.com/press_release/onsolve-launches-new-mass-notification-feature-to-reduce-risk-of-inaccurate-unauthorized-alerts/

| transmitting, by the communication network control system, an indication of the emergency situation to one or more local alarm devices in the area, the local alarm devices being in the vicinity of the emergency situation. | The accused product practices transmitting, by the communication network control system (e.g., OnSolve MIR3 alert manager), an indication (e.g., alert transmission via mobile device) of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats) to one or more local alarm devices (e.g., desktop alerts, digital signage, etc.) in the area, the local alarm devices (e.g., desktop alerts, digital signage, etc.) being in the vicinity of the emergency situation (e.g., weather, criminal activity, fires, and other public safety threats). |

# Desktop Alerting
## Notification pop-up alerts for the desktop

Send an important message to your contacts on their desktops, or to a group of workstations based on the workstation desktop location.

Whether your team is sharing a workstation or at individual desktops, they're usually focused on the job at hand and often not in a position to notice urgent messages delivered by email, SMS or a voice call. In this situation, the most efficient way to reach them is by an alert that pops up on the desktop. Completely integrated, Desktop Alerting makes it easy to do just that by choosing the desktop as a device when crafting your notification.

When a desktop alert is received, the message pops up as an eye-catching screen in front of all other open windows. The pop-up can be large or small, depending on what you have chosen when composing the message. This visibility, along with an identifying sound if you choose, can then provide clear instructions for those who may have missed the message if sent by another mode.

Desktop Alerting is an effective way to send an alert in the case where ringing phones and beeping cell phones is not desirable, as in the case of an active shooter. It's also a great way to reach those who have limited access to email, text and in-bound phone, as is often the case in call centers, restaurants, manufacturing departments and others.

**OnSolve:**
Always On. Solving Problems.

OnSolve is the market leader in real-time, mass notification and collaboration solutions used by the world's largest organizations. The OnSolve suite of critical communication tools is a key component of effective business continuity, emergency response, IT alerting, and security programs around the globe.

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-DesktopAlerting.pdf

 Customize pop-up messages with your logo and styling

 Automate authentication using Kerberos technology to uniquely identify users that are logged in

 Allow individual contacts to respond, with responses recorded and reported in real time



Pop-up messages can be small, medium or large with associated sounds.

**Why MIR3 technology?**

Safety, Continuity, Efficiency and Productivity

When an impactful event happens, key personnel must be notified and response teams mobilized. Rapid, intelligent, two-way, mass communication empowers both business leaders and public agencies to mitigate disruption while ensuring safety and sharing critical information. MIR3 provides a layer of awareness that helps monitor operations, alert responsible parties, and respond appropriately as a situation develops and is resolved, keeping personnel safe and your business or agency running smoothly around the clock.

https://www.onsolve.com/wp-content/uploads/2017/06/MIR3-Feature-DesktopAlerting.pdf

## ONSOLVE™

### Features

#### Security & Access Management

MIR3 makes it easy to control access and security by allowing you to define hierarchical, role-based permissions by divisions and subdivisions. This way you can allow or restrict user access to recipient groups, notification templates and other features. Recipients can choose a preferred mode of communication, but if needed, administrators can override those choices, and can allow users to respond with critical information in appropriate ways.



https://www.onsolve.com/landing/mir3-emergency-alert-system-enterprise/

Alert Approvals allows organizations to implement a message approval workflow by designating approvers to review and edit, then either approve or reject alerts before delivery. By defining role-based and scenario-based permissions, organizations can allocate specific employees to require approval and others to review alerts. Once an alert is built, it is placed in a pending state until approved. Alert Approvals can significantly reduce the likelihood a real or test notification is distributed in error, or by an individual not authorized to do so.

"Recent mass notification false alarm events and other emergency alert failures – both accidental and intentional – underscore how critical it is for organizations to have a built-in message approval workflow based on user roles and event scenarios," said Daniel Graff-Radford, Chief Product Officer, OnSolve. "With our new Alert Approvals feature, designated approvers can easily review, approve, reject or edit an alert before it is publicly released to ensure the right notification is sent out at the right time to the right people."

https://www.onsolve.com/press_release/onsolve-launches-new-mass-notification-feature-to-reduce-risk-of-inaccurate-unauthorized-alerts/