IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Aristors Licensing LLC,**<br><br>    Plaintiff,<br><br>    v.<br><br>**Onsolve LLC,**<br><br>    Defendant. | Case No.<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF ARISTORS LICENSING LLC'S NOTICE OF RELATED CASES**

Plaintiff Aristors Licensing LLC files this notice of related cases. Plaintiff filed related patent infringement actions in these cases below:

| Case | Case Filing Date |
|---|---|
| Aristors Licensing LLC LLC v. Blackberry Corporation<br>1-19-cv-01583 (DDE) | 8/26/2019 |
| Aristors Licensing LLC v. Everbridge, Inc.<br>1-19-cv-01584 (DDE) | 8/26/2019 |
| Aristors Licensing LLC v. Singlewire Software, LLC<br>3-19-cv-00695 (WDWI) | 8/27/2019 |
| Aristors Licensing LLC v. Status Solutions, LLC<br>1-19-cv-00722 (SDOH) | 8/29/2019 |
| Aristors Licensing LLC v. Intrado Corporation<br>1-19-cv-02185 (DDE) | 11/23/2019 |
| Aristors Licensing LLC v. CriticalArc Inc.<br>1-19-cv-03320 (DCO) | 11/24/2019 |
| Aristors Licensing LLC v. xMatters, Inc.<br>5-19-cv-07756 (NDCA) | 11/25/2019 |
| Aristors Licensing LLC v. Visiplex, Inc.<br>1-19-cv-08386 (NDIL) | 12/21/2019 |
| Aristors Licensing LLC v. Rave Mobile Safety Holdings, LLC<br>1-20-cv-00147 (DDE) | 1/30/2020 |
| Aristors Licensing LLC v. Spok, Inc.<br>1-20-cv-00148 (DDE) | 1/30/2020 |

| | |
|---|---|
| Aristors Licensing LLC v. Raptor Technologies LLC<br>4-20-cv-01116 (SDTX) | 3/30/2020 |
| Aristors Licensing LLC v. SnapComms, Inc.<br>2-20-cv-03013 (CDCA) | 3/31/2020 |

 

                                                    Respectfully submitted,

                                                    **GAWTHROP GREENWOOD, PC**
                                                    /s/ *David deBruin*
                                                    David W. deBruin, Esq. (#4846)
                                                    3711 Kennett Pike, Suite 100
                                                    Wilmington, DE 19807
                                                    Phone: 302-777-5353
Dated: July 28, 2020                          ddebruin@gawthrop.com

                                                    *Attorneys for Plaintiff*
                                                    *Aristors Licensing LLC*

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com