IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARISTORS LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 20-1006-MN |
| | ) |
| ONSOLVE LLC, | ) |
| | ) JURY TRIAL DEMANDED |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiff, Aristors Licensing LLC, by and through its counsel and subject to the approval of the Court, hereby stipulates and agrees that the time within which Defendant, Onsolve LLC, may answer, move, or otherwise respond to the Complaint for Patent Infringement (D.I. 1) is extended through and including September 18, 2020. The reason for this extension is to allow Defendant additional time to evaluate the claims raised in the Complaint and confer with their counsel. No party will be prejudiced by this brief extension of time.

Respectfully submitted,

**GAWTHROP GREENWOOD, PC**
/s/David W. deBruin
David W. deBruin, Esq. (#4846)
3711 Kennett Pike, Suite 100
Wilmington, DE 19807
Phone: 302-777-5353
Dated:  August 10, 2020
ddebruin@gawthrop.com

*Attorneys for Plaintiff Aristors Licensing LLC*

Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

-2-

**SO ORDERED** this ____ day of _____ 2020.

                                                                                                                     _____
Honorable Maryellen Noreika
United States District Court Judge